UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

------------------------------------- X
ALBERT RUDGAYZER, MICHAEL :
AMALFITANO, and LILLIAN GANCI,
Individually and on Behalf of All Others :
Similarly Situated.,                    INDEX NO. 1:13-cv-00120-ILG-CLP

        Plaintiffs,                  :   ECF CASE

    -against-                     :   [PROPOSED] ORDER
                                                                                            SETTING BRIEFING SCHEDULE
GOOGLE INC.,                        :

        Defendant.                 :
------------------------------------- X

**WHEREAS**, Defendant Google Inc. filed its Motion to Dismiss for Failure to State a Claim and Lack of Subject Matter Jurisdiction (D.I.-11) and Motion to Dismiss or Transfer for Improper Venue (D.I.-12).;

**WHEREAS**, pursuant to the Individual Rules of Senior Judge I. Leo Glasser, counsel for the parties have conferred and agreed upon a briefing schedule regarding the aforementioned motions and have so advised the Court;

**NOW THEREFORE**, IT IS HEREBY ORDERED THAT the following briefing schedule is set for Defendant's pending motions (D.I.-11 and D.I.-12):

    a. Plaintiffs' responsive papers shall be due no later than March 25, 2013; and

    b. Defendant's reply papers shall be due 21 days after responsive papers are served, but in any event no earlier than April 3, 2013.

Dated: February 28th, 2013
        Brooklyn, New York

                                                             **SO ORDERED**

                                                             _____
                                                             I. Leo Glasser
                                                             U.S.D.J.