Susan D. Fahringer, State Bar No. 162978
SFahringer@perkinscoie.com
Ryan Spear (*Pro Hac Vice*)
RSpear@perkinscoie.com
PERKINS COIE LLP
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Telephone:  206.359.8000
Facsimile:  206.359.9000

Sunita Bali, State Bar No. 274108
SBali@perkinscoie.com
PERKINS COIE LLP
Four Embarcadero Center, Suite 2400
San Francisco, CA  94111-4131
Telephone:  415.344.7000
Facsimile:  415.344.7050

Attorneys for Defendant
GOOGLE INC.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| ALBERT RUDGAYZER, MICHAEL AMALFITANO, and LILLIAN GANCI, Individually and on Behalf of All Others Similarly Situated,<br><br>            Plaintiffs,<br><br>    v.<br><br>GOOGLE INC.,<br><br>            Defendant. | Case No. 5:14-cv-00673-BLF<br><br>**STATEMENT BY DEFENDANT GOOGLE INC. REGARDING JOINT CASE MANAGEMENT STATEMENT**<br><br>Judge: Hon. Beth Labson Freeman |

1   Defendant Google Inc. ("Google") is unable to file a Joint Case Management Statement
2   because counsel for plaintiffs Amalfitano and Ganci has advised that he will not appear in this
3   litigation nor will he take any action whatsoever to represent his clients' interests before this
4   Court, including participating in drafting a Joint Case Management Statement.  *See* Declaration of
5   Susan D. Fahringer ("Fahringer Decl."), Ex. 1 (July 18, 2014 email exchange wherein counsel for
6   plaintiffs Amalfitano and Ganci declined to confer regarding a Joint Case Management
7   Statement, stating: "Because I am not admitted to the court, I am unable to provide a substantive
8   response."); *see also* Dkt. 44-1, Ex. 1 (March 11, 2014 email exchange wherein counsel for
9   plaintiffs Amalfitano and Ganci declined to participate in Rule 26(f) conference); Dkt. 53, Ex. 2
10  (May 9, 2014 email exchange wherein counsel for plaintiffs Amalfitano and Ganci declined to
11  discuss scheduling a hearing on Google's motion to dismiss, stating: "Because I am not admitted
12  in the court, I am unable to make any representation regarding this matter.").
13      This action was transferred from the Eastern District of New York on February 18, 2014.
14  *See* Dkt. 39.  Google consented to magistrate judge jurisdiction, but counsel for plaintiffs neither
15  appeared nor took any action to decline or consent to magistrate judge jurisdiction.  As a result,
16  the case was transferred to this Court.
17      Because plaintiff Rudgayzer passed away and no motion to substitute was filed within 90
18  days of service of a statement noting his death, Google moved to dismiss Rudgayzer's claims
19  under Rule 25(a).  *See* Dkt. 52.  Plaintiffs filed no opposition, and Magistrate Judge Grewal
20  recommended granting the motion.  *See* Dkt. 57.  Google respectfully requests that this Court
21  adopt Magistrate Judge Grewal's recommendation and dismiss Rudgayzer's claims.  Google will
22  seek dismissal of the remaining plaintiffs' claims once the pending motion is resolved.

23  DATED: July 24, 2014                    **PERKINS COIE LLP**

24                                          By:  /s/ Susan D. Fahringer
25                                               Susan D. Fahringer
26                                          Attorneys for Defendant
27                                          GOOGLE INC.

28

-1-