UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ALBERT RUDGAYZER, et al.,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>GOOGLE INC.,<br><br>　　　　Defendant. | Case No.  14-cv-00673-BLF<br><br>**ORDER ADOPTING REPORT AND RECOMMENDATION**<br><br>[Re: ECF 52, 57] |

Before the Court is Magistrate Judge Paul Singh Grewal's "Report and Recommendation that the Pending Motion to Dismiss be Granted," filed July 2, 2014, by which he recommends that the Court dismiss plaintiff Albert Rudgayzer's claims pursuant to Federal Rule of Civil Procedure 25(a)(1). (ECF 57) The time for objecting to the Report and Recommendation has elapsed, and no objections were filed. Fed. R. Civ. P. 72(b)(2).

Having read and considered the Report and Recommendation, as well as the record on its face, the Court finds it well-founded in fact and in law and therefore adopts the Report and Recommendation in every respect.

Defendant's Motion to Dismiss is GRANTED, and Plaintiff Albert Rudgayzer's claims against defendant Google Inc. are HEREBY DISMISSED.

**IT IS SO ORDERED.**

Dated: July 28, 2014

　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　BETH LABSON FREEMAN
　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge