UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MICHAEL AMALFITANO, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>GOOGLE INC.,<br><br>    Defendant. | Case No. 14-cv-00673-BLF<br><br>**FURTHER ORDER TO SHOW CAUSE** |

On November 10, 2014, Plaintiffs' counsel Todd C. Bank responded to this Court's October 21, 2014 Order to Show Cause requiring explanation why counsel has not sought admission *pro hac vice* in this Court or to withdraw from representation. Mr. Bank indicates that he believed he was automatically terminated from the case upon transfer from the Eastern District of New York because:

> [H]aving not been a member of the bar of this Court, I ceased to be Plaintiffs' counsel once the action had been transferred to this Court, just as I would not have been able to commence the action in this Court on the plaintiffs' behalf and would not have been recognized as their counsel if I had done so.

Response to OSC, ECF 70. Setting aside the fact that Mr. Bank's reasoning ignores the availability of admission *pro hac vice*, Civ. L.R. 11-3, the Court is left with the practical problem identified in the previous Order to Show Cause: because counsel filed the complaint in this action, the Court has no means of contacting the Plaintiffs who, if Mr. Bank's reasoning is correct, are now unrepresented parties appearing *pro se*. As such, the Court hereby issues this Further Order to Show Cause with the following instructions to Plaintiffs and Mr. Bank:

1. **Within seven (7) days** of the date of this order, Mr. Bank shall forward a copy of this order to plaintiffs Michael Amalfitano and Lillian Ganci.

2. **On or before December 4, 2014**, Mr. Bank shall submit a letter to the Court (1) providing mailing addresses for both Plaintiffs; (2) requesting withdrawal from this case; and (3) confirming that both this order and Mr. Bank's letter were served on Plaintiffs.

3. **On or before December 11, 2014**, Plaintiffs shall file a response with the Court explaining why they have not responded to any filings in this action and indicating whether they intend to prosecute this action *in propria persona*.

Failure to comply with this order by filing or causing to be filed the documents identified above, or failure to otherwise show good cause in writing for such a failure by any deadline, shall result in an order dismissing this action for failure to prosecute. No hearing will be held on the Further Order to Show Cause unless otherwise ordered by the Court.

**IT IS SO ORDERED.**

Dated: November 20, 2014

_____
BETH LABSON FREEMAN
United States District Judge