UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MICHAEL AMALFITANO, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>GOOGLE INC.,<br><br>    Defendant. | Case No. 14-cv-00673-BLF<br><br>**ORDER DISSOLVING ORDERS TO SHOW CAUSE; INSTRUCTIONS TO PARTIES**<br><br>[Re: ECF 69, 71] |

On October 21, 2014 and November 20, 2014, this Court issued Orders to Show Cause why the instant action should not be dismissed for failure to prosecute. Having received the response from plaintiff Michael Amalfitano indicating that he did not have notice of motions requiring his response and that he intends to continue prosecuting this action *in propria persona*, *see* ECF 73, the Court hereby dissolves the prior Orders to Show Cause and orders as follows:

    1.    Having received no objection from Plaintiffs, attorney Todd C. Bank's request to withdraw as counsel for Plaintiffs is GRANTED, *see* ECF 72, and Mr. Bank shall be terminated from this action.

    2.    Having received no response from Plaintiff Lillian Ganci to the Court's Orders to Show Cause, the Court hereby DISMISSES, with prejudice, Ms. Ganci's claims against Defendant Google Inc. for failure to prosecute. Fed. R. Civ. P. 41(b).

    3.    By **no later than December 24, 2014**, Defendant shall serve its pending Motions to Dismiss, ECF 65 and 67, on *pro se* Plaintiff Michael Amalfitano at the address provided in his letter: 1159 – 84th Street, Brooklyn, NY 11228.

    4.    Plaintiff Amalfitano shall have until **January 15, 2015** to respond to Defendant's motions. Plaintiff should file a paper copy of his response brief with this Court and shall serve

Defendant with a copy of his brief on the same day. Plaintiff should acquaint himself with the Court's local rules and with the Federal Rules of Civil Procedure, as all parties are bound by those rules. Civ. L.R. 3-9(a).

5. The Court shall update its records with Plaintiff Amalfitano's mailing address and to reflect that he is unrepresented. All filings in this action must be served on Plaintiff manually in compliance with Civil Local Rule 5-1(h)(2)-(3), 5-5, and the applicable Federal Rules.

**IT IS SO ORDERED.**

Dated: December 22, 2014

_____
BETH LABSON FREEMAN
United States District Judge