Susan D. Fahringer, State Bar No. 162978
SFahringer@perkinscoie.com
Ryan Spear (*Pro Hac Vice*)
RSpear@perkinscoie.com
PERKINS COIE LLP
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Telephone: 206.359.8000
Facsimile: 206.359.9000

Sunita Bali, State Bar No. 274108
SBali@perkinscoie.com
PERKINS COIE LLP
Four Embarcadero Center, Suite 2400
San Francisco, CA 94111-4131
Telephone: 415.344.7000
Facsimile: 415.344.7050

Attorneys for Defendant
GOOGLE INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| MICHAEL AMALFITANO, and LILLIAN GANCI, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>GOOGLE INC.,<br><br>Defendant. | Case No. 5:14-cv-00673-BLF<br><br>**NOTICE OF SERVICE OF GOOGLE INC.'S MOTIONS TO DISMISS ON PLAINTIFF MICHAEL AMALFITANO PURSUANT TO COURT ORDER** |

Pursuant to the Court's December 22, 2014 Order Dissolving Orders to Show Cause and Instructions to Parties (Dkt. No. 74), Defendant Google Inc. served its pending Motions to Dismiss (Dkt. Nos. 65 and 67) and supporting documents on Plaintiff Michael Amalfitano, as set forth in the Affidavit of Service attached hereto has Exhibit 1.

DATED: January 7, 2015            **PERKINS COIE LLP**

                                               By:   */s/ Susan D. Fahringer*

                                                      Susan D. Fahringer

                                                      Attorneys for Defendant
                                                      GOOGLE INC.

1

NOTICE OF SERVICE OF GOOGLE INC.'S MOTIONS TO DISMISS
ON PLAINTIFF MICHAEL AMALFITANO PURSUANT TO COURT ORDER
Case No. 5:14-cv-00673-BLF

**EXHIBIT 1**

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION
-------------------------------------------------------------------X **AFFIDAVIT OF SERVICE**

MICHAEL AMALFITANO, and LILLIAN GANCI,     Case No. 5:14-cv-00673-BLF
Individually and on behalf of all others similarly situated,
                                     Plaintiffs,

        - against -

GOOGLE INC.,
                               Defendant.
-------------------------------------------------------------------X
STATE OF NEW YORK      )
                                 ) ss.:
COUNTY OF QUEENS      )

         Andrew Bartley, being duly sworn, deposes and says that Deponent is not a party to this action, is over 18 years of age, and is a resident of the State of New York.

         On December 23, 2014, at approximately 8:22 p.m., at 1159 84th Street, Brooklyn, NY 11228, which upon information and belief is the dwelling place or usual place of abode of Michael Amalfitano, Deponent served the within Order Dissolving Orders to Show Cause; Instructions to Parties with Google Inc.'s Notice of Motion and Motion to Dismiss the Complaint under Rule 16 of the Federal Rules of Civil Procedure and Declaration of Susan D. Fahringer in Support of Google Inc.'s Motion to Dismiss the Complaint under Rule 16 of the Federal Rules of Civil Procedure with Exhibit 1 and Google Inc.'s Notice of Motion and Motion to Dismiss the Complaint under Rule 12 of the Federal Rules of Civil Procedure with Exhibit 1 and Declaration of Susan D. Fahringer in Support Google Inc.'s Motion to Dismiss under Rule 12 of the Federal Rules of Civil Procedure with Exhibits 1-7 upon: **Michael Amalfitano**, by delivering to and leaving with Jerry Amalfitano, Father of Michael Amalfitano, a true and correct copy of said documents.

         At the time of said service, Jerry Amalfitano confirmed that Michael Amalfitano resides at the aforementioned address and agreed to accept service on his behalf. Jerry Amalfitano also acknowledged service by endorsing and dating a copy of the aforementioned Order Dissolving Orders to Show Cause. Said acknowledgement is attached hereto.

         Jerry Amalfitano is described as a White male, approximately 76-80 years of age, 165-175 lbs., 5'7"-5'8" tall, with gray hair.

         Deponent also states that on December 24, 2014, Deponent mailed the aforementioned documents to Michael Amalfitano by depositing a true and correct copy thereof, enclosed in a securely sealed, fully postpaid, First Class Mail envelope in an official depository under the exclusive care and custody of the U.S. Postal Service within the State of New York, addressed as follows:

            Michael Amalfitano
            1159 84th Street
            Brooklyn, NY 11228.

         Deponent further states that the envelopes bore the legend "Personal and Confidential" and did not indicate on the outside thereof, by return address or otherwise, that the communication was from an attorney or concerns an action involving the addressee.

                                                                                                                            Andrew Bartley

Sworn to before me this
5th day of January, 2015

                                 *Karlene S. Jackson, Notary Public*
                                 *State of New York, #01JA5083169*
Notary Public                  *Qualified in Queens County*
                                 *Commission Expires November 17, 2017*

Case5:14-cv-00673-BLF Document74 Filed12/22/14 Page1 of 2

☑ SERVICE ACKNOWLEDGED
DATE 12-23-14

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MICHAEL AMALFITANO, et al., Plaintiffs, v. GOOGLE INC., Defendant. | Case No. 14-cv-00673-BLF<br><br>**ORDER DISSOLVING ORDERS TO SHOW CAUSE; INSTRUCTIONS TO PARTIES**<br><br>[Re: ECF 69, 71] |

On October 21, 2014 and November 20, 2014, this Court issued Orders to Show Cause why the instant action should not be dismissed for failure to prosecute. Having received the response from plaintiff Michael Amalfitano indicating that he did not have notice of motions requiring his response and that he intends to continue prosecuting this action *in propria persona*, *see* ECF 73, the Court hereby dissolves the prior Orders to Show Cause and orders as follows:

1. Having received no objection from Plaintiffs, attorney Todd C. Bank's request to withdraw as counsel for Plaintiffs is GRANTED, *see* ECF 72, and Mr. Bank shall be terminated from this action.

2. Having received no response from Plaintiff Lillian Ganci to the Court's Orders to Show Cause, the Court hereby DISMISSES, with prejudice, Ms. Ganci's claims against Defendant Google Inc. for failure to prosecute. Fed. R. Civ. P. 41(b).

3. By **no later than December 24, 2014**, Defendant shall serve its pending Motions to Dismiss, ECF 65 and 67, on *pro se* Plaintiff Michael Amalfitano at the address provided in his letter: 1159 – 84th Street, Brooklyn, NY 11228.

4. Plaintiff Amalfitano shall have until **January 15, 2015** to respond to Defendant's motions. Plaintiff should file a paper copy of his response brief with this Court and shall serve