

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

MICHAEL AMALFITANO, *et al.*,

                *Plaintiffs*,

-against-

GOOGLE INC.,

                *Defendant*.

Case No. 5:14-cv-00673-BLF

Date: January 29, 2015
Time: 9:00 a.m.
Judge: Hon. Beth Labson Freeman

## DECLARATION OF MICHAEL AMALFITANO

1. I am the plaintiff in this action, and submit this declaration in opposition to the motion by Defendant, Google Inc. ("Google"), to dismiss the Complaint pursuant to Rule 16 of the Federal Rules of Civil Procedure.

2. Google's motion is not based on my own handling of this case. However, as I explained in response to this Court's Order to Show Cause, my understanding had been that Mr. Bank was going to forward me any documents that required my response, but that I had not been forwarded any documents and thus did not believe any existed. *See* Dkt. No. 73.

3. Google claims that the transfer of this action to this Court "follow[ed] 18 months of wasteful litigation in the Eastern District of New York and two separate proceedings before the Second Circuit Court of Appeals." *See* Def. Mem. at 5. Although Google succeeded in having this case transferred, neither the Eastern District of New York nor the Second Circuit found, or even suggested, that any of the efforts that were taken in order to maintain the action in New York were

improper in any respect; nor, for that matter, did Google ever make any such claim or suggestion before either of those courts.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

*/s/ Michael Amalfitano*
Michael Amalfitano
Executed on January 14, 2015

---

Declaration of Michael Amalfitano in Opposition to
Defendant's Motion to Dismiss the Complaint; Case No. 5:14-cv-00673-BLF

**CERTIFICATE OF SERVICE**

  I hereby certify that on January 14, 2015, a true and accurate copy of the foregoing has been served via Priority Overnight Federal Express on the following:

Susan D. Fahringer, Esq.
PERKINS COIE LLP
1201 Third Avenue, Suite 4900
Seattle, WA 98101

_____
Todd C. Bank

---

Declaration of Michael Amalfitano in Opposition to
Defendant's Motion to Dismiss the Complaint; Case No. 5:14-cv-00673-BLF