1  Susan D. Fahringer, State Bar No. 162978
   SFahringer@perkinscoie.com
2  Ryan Spear (*Pro Hac Vice*)
   RSpear@perkinscoie.com
3  PERKINS COIE LLP
   1201 Third Avenue, Suite 4900
4  Seattle, WA 98101-3099
   Telephone: 206.359.8000
5  Facsimile: 206.359.9000

6  Sunita Bali, State Bar No. 274108
   SBali@perkinscoie.com
7  PERKINS COIE LLP
   Four Embarcadero Center, Suite 2400
8  San Francisco, CA 94111-4131
   Telephone: 415.344.7000
9  Facsimile: 415.344.7050

10 Attorneys for Defendant
   GOOGLE INC.
11

12              UNITED STATES DISTRICT COURT

13              NORTHERN DISTRICT OF CALIFORNIA

14                    SAN JOSE DIVISION

15

| | |
|---|---|
| 16 MICHAEL AMALFITANO, and LILLIAN GANCI, Individually and on Behalf of All Others Similarly Situated, | Case No. 5:14-cv-00673-BLF |
| 18 Plaintiffs, | **NOTICE OF SERVICE OF GOOGLE INC.'S CONSOLIDATED REPLY IN SUPPORT OF MOTIONS TO DISMISS ON PLAINTIFF MICHAEL AMALFITANO PURSUANT TO COURT ORDER** |
| 19 v. | |
| 20 GOOGLE INC., | |
| 21 Defendant. | |

Pursuant to the Court's December 22, 2014 Order Dissolving Orders to Show Cause and Instructions to Parties (Dkt. No. 74), Defendant Google Inc. served its Consolidated Reply In Support of Motion to Dismiss the Complaint Under Rule 12 of the Federal Rules of Civil Procedure [65] and Motion to Dismiss Under Rule 16 of the Federal Rules of Civil Procedure [67] (Dkt. No. 76) on Plaintiff Michael Amalfitano, as set forth in the Affidavit of Service attached hereto as Exhibit 1.

DATED: January 28, 2015

**PERKINS COIE LLP**

By: /s/ *Susan D. Fahringer*

Susan D. Fahringer

Attorneys for Defendant
GOOGLE INC.

1

NOTICE OF SERVICE OF GOOGLE INC.'S CONSOLIDATED REPLY IN SUPPORT OF MOTIONS TO DISMISS ON PLAINTIFF MICHAEL AMALFITANO PURSUANT TO COURT ORDER
Case No. 5:14-cv-00673-BLF

**EXHIBIT 1**

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

------------------------------------------------------------------X

MICHAEL AMALFITANO,

                Plaintiff,

     - against -

GOOGLE INC.,

                Defendant.

------------------------------------------------------------------X

**AFFIDAVIT OF SERVICE**
Case No. 5:14-CV-00673-BLF

STATE OF NEW YORK   )
                           ) ss.:
COUNTY OF QUEENS  )

     Andrew Bartley, being duly sworn, deposes and says that Deponent is not a party to this action, is over 18 years of age, and is a resident of the State of New York.

     On January 28, 2015, at approximately 9:37 a.m., at 1159 84th Street, Brooklyn, NY 11228, Deponent served the within Google Inc.'s Consolidated Reply in Support of Motion to Dismiss the Complaint under Rule 12 of the Federal Rules of Civil Procedure {65} and Motion to Dismiss the Complaint under Rule 16 of the Federal Rules of Civil Procedure [67] upon: **Michael Amalfitano,** by delivering to and leaving with Michael Amalfitano, a true and correct copy of said documents.

     At the time of said service, Michael Amalfitano acknowledged service by endorsing and dating a copy of the aforementioned Google Inc.'s Consolidated Reply in Support of Motion to Dismiss the Complaint. Said acknowledgment is attached hereto.

     Michael Amalfitano is described as a White male, approximately 34-42 years of age, 160-170 lbs., 5'6"-5'7" tall, had dark brown hair and wore glasses.

                                                                                Andrew Bartley

Sworn to before me this
28th Day of January, 2015

_____
     Notary Public

*Karlene S. Jackson, Notary Public*
*State of New York, #01JA5083169*
*Qualified in Queens County*
*Commission Expires November 17, 2017*

| | |
|---|---|
| 1 | Susan D. Fahringer, State Bar No. 162978 |
|   | SFahringer@perkinscoie.com |
| 2 | Ryan Spear (*Pro Hac Vice*) |
|   | RSpear@perkinscoie.com |
| 3 | PERKINS COIE LLP |
|   | 1201 Third Avenue, Suite 4900 |
| 4 | Seattle, WA 98101-3099 |
|   | Telephone: 206.359.8000 |
| 5 | Facsimile: 206.359.9000 |
| 6 | Sunita Bali, State Bar No. 274108 |
|   | SBali@perkinscoie.com |
| 7 | PERKINS COIE LLP |
|   | Four Embarcadero Center, Suite 2400 |
| 8 | San Francisco, CA 94111-4131 |
|   | Telephone: 415.344.7000 |
| 9 | Facsimile: 415.344.7050 |
| 10 | Attorneys for Defendant |
|    | GOOGLE INC. |

SERVICE ACKNOWLEDGED
DATE 1/28/15

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| MICHAEL AMALFITANO, | Case No. 5:14-cv-00673-BLF |
| Plaintiff, | |
| v. | **GOOGLE INC.'S CONSOLIDATED REPLY IN SUPPORT OF MOTION TO DISMISS THE COMPLAINT UNDER RULE 12 OF THE FEDERAL RULES OF CIVIL PROCEDURE [65] AND MOTION TO DISMISS THE COMPLAINT UNDER RULE 16 OF THE FEDERAL RULES OF CIVIL PROCEDURE [67]** |
| GOOGLE INC., | |
| Defendant. | |
| | Date: January 29, 2015 |
| | Time: 9:00 a.m. |
| | Judge: Hon. Beth Labson Freeman |

REPLY IN SUPPORT OF MOTIONS TO DISMISS
Case No. 5:14-cv-00673-BLF
41063-0033/LEGAL124806968.1