UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

MICHAEL AMALFITANO,

    Plaintiff,

v.

GOOGLE INC.,

    Defendant.

Case No. 14-cv-00673-BLF

**JUDGMENT**

For the reasons stated in the accompanying Order Granting Motion to Dismiss, JUDGMENT IS HEREBY ENTERED for Defendant and against Plaintiff. The Clerk of the Court shall close the case file.

**IT IS SO ORDERED.**

Dated: February 2, 2015

_____
BETH LABSON FREEMAN
United States District Judge