```
DUPLICATE

Court Name: U.S. District Court, NDCA
Division: 5
Receipt Number: 54611015441
Cashier ID: waltonb
Transaction Date: 03/02/2015
Payer Name: Todd C Bank

NOTICE OF APPEAL/DOCKETING FEE
 For: Michael Amalfitano
 Case/Party: D-CAN-5-14-CV-000673-001
 Amount:         $505.00

PAPER CHECK CONVERSION
 Check/Money Order Num: 1997
 Amt Tendered: $505.00

Total Due:       $505.00
Total Tendered:  $505.00
Change Amt:      $0.00

Appeal Payment for Michael
Amalfitano

BLF

Checks and drafts are accepted
subject to collections and full
credit will only be given when the
check or draft has been accepted by
the financial institution on which
it was drawn.
```