| | |
|---|---|
| 1 | Rebecca S. Engrav (*Pro Hac Vice*) |
| 2 | REngrav@perkinscoie.com<br>Susan D. Fahringer, State Bar No. 162978 |
| 3 | SFahringer@perkinscoie.com<br>Ryan Spear (*Pro Hac Vice*) |
| 4 | RSpear@perkinscoie.com<br>PERKINS COIE LLP |
| 5 | 1201 Third Avenue, Suite 4900<br>Seattle, WA  98101-3099 |
| 6 | Telephone:  206.359.8000<br>Facsimile:  206.359.9000 |
| 7 | |
| 8 | Sunita Bali, State Bar No. 274108<br>SBali@perkinscoie.com |
| 9 | PERKINS COIE LLP<br>Four Embarcadero Center, Suite 2400 |
| 10 | San Francisco, CA  94111-4131<br>Telephone:  415.344.7000<br>Facsimile:  415.344.7050 |
| 11 | Attorneys for Defendant |
| 12 | GOOGLE INC. |

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| MICHAEL AMALFITANO, and LILLIAN GANCI, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>GOOGLE INC.,<br><br>Defendant. | Case No. 5:14-cv-00673-BLF<br><br>**NOTICE OF CHANGE IN COUNSEL** |

TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

Pursuant to Civil Local Rule 5-1(c)(2)(C), notice is hereby given that Rebecca S. Engrav of Perkins Coie LLP, who entered her appearance on behalf of Defendant Google, Inc. in this case, hereby withdraws as counsel of record. Susan D. Fahringer, Ryan Spear, and Sunita B. Bali of Perkins Coie LLP will remain counsel of record for Defendant.

DATED:  March 6, 2015                                    **PERKINS COIE LLP**

By:  */s/ Rebecca S. Engrav*
     Rebecca S. Engrav

Attorneys for Defendant GOOGLE INC.

# CERTIFICATE OF SERVICE

On March 6, 2015, I caused to be served upon counsel of record, at the address stated below, via the method of service indicated, a true and correct copy of the following document: Notice of Change in Counsel

| Michael Amalfitano<br>1159 84th Street<br>Brooklyn, NY 11228 | ☐ Via Hand Delivery<br>☑ Via U.S. Mail, 1st Class, Postage Prepaid<br>☐ Via Overnight Delivery<br>☐ Via Facsimile<br>☐ Via E-filing<br>☐ Via E-mail |
|---|---|

I certify under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct.

DATED this 6th day of March, 2015.

*s/ Jennifer Rosales*
Jennifer Rosales
Legal Secretary

CERTIFICATE OF SERVICE
Case No. 5:14-cv-00673-BLF